473 A.2d 682

Commonwealth v. McNeal, Appellant.

Submitted January 18, 1984. Louis B. Priluker, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.